IN THE CIRCUIT COURT OF ALCORN COUNTY, MISSISSIPPI

ROSE WATSON, AS POWER OF
ATTORNEY FOR DOROTHY PERRY                                      PLAINTIFF

V.                                                              CAUSE NO. <u>CV 10-012 FA</u>

CORNERSTONE HEALTH AND REHAB
OF CORINTH, LLC d/b/a CORNERSTONE
HEALTH AND REHABILITATION OF
CORINTH and MAGNOLIA REGIONAL
HEALTH SERVICES, INC. d/b/a MAGNOLIA
REGIONAL HEALTH CENTER                                          DEFENDANTS

<u>STIPULATION OF DISMISSAL, WITHOUT PREJUDICE, OF
MAGNOLIA REGIONAL HEALTH SERVICES, INC. D/B/A
MAGNOLIA REGIONAL HEALTH CENTER</u>

COMES NOW Plaintiff Rose Watson, as Power of Attorney for Dorothy Perry, by and through counsel, and pursuant to Rule 41 of the Mississippi Rules of Civil Procedure, hereby stipulates to the dismissal, <u>without prejudice</u>, of Defendant Magnolia Regional Health Services, Inc. d/b/a Magnolia Regional Health Center as a defendant in this cause, including all claims asserted against Defendant Magnolia Regional Health Services, Inc. d/b/a Magnolia Regional Health Center in the operative Complaint. This Stipulation of Dismissal, Without Prejudice, does not effect Plaintiff's claims against any other defendant in this cause.

THIS the 17th day of March, 2010.

_____
Peter Gee, Esquire,
Counsel for Plaintiff Rose Watson, as
Power of Attorney for Dorothy Perry

848449

## CERTIFICATE OF SERVICE

I, Peter Gee, one of the attorneys for the Plaintiff, do hereby certify that I have this day served a true and correct copy of the above and foregoing Stipulation of Dismissal, Without Prejudice by placing said copy in the United States Mail, postage prepaid, addressed to the following:

>Brad Dillard
>P.O. Box 7120
>Tupelo, MS 38802

DATED, this the 17th day of March, 2010.

_____
PETER GEE