IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

ROSE WATSON, AS POWER OF
ATTORNEY FOR DOROTHY PERRY                                            PLAINTIFF

v.                                                         CAUSE NO. 1:10-CV-84

CORNERSTONE HEALTH AND REHAB
OF CORINTH, LLC d/b/a CORNERSTONE
HEALTH AND REHABILITATION OF
CORINTH                                                               DEFENDANT

## STIPULATION OF DISMISSAL

Comes now the Plaintiff, Rose Watson, as Power of Attorney and Conservatrix for Dorothy Perry, pursuant to Federal Rules of Civil Procedure 41 and hereby dismisses this cause of action, with prejudice.

SO STIPULATED, this the ___ of March, 2011.

Respectfully submitted,

**ROSE WATSON, AS POWER OF ATTORNEY FOR DOROTHY PERRY**

Peter B. Gee, Jr., (MSB #100598)
The Cochran Firm - Memphis
One Commerce Square, 26th Floor
Memphis, TN 38103

**CORNERSTONE HEALTH AND REHAB OF CORINTH, LLC**

LISA WILLIAMS McKAY (MSB #9678)
WILLIAM W. McKINLEY, JR. (MSB #9987)
LILLI BASS (MSB #102896)
Currie Johnson Griffin Gaines & Myers, P.A.
1044 River Oaks Drive (39232)
P. O. Box 750
Jackson, MS 39205-0750